FILED
2007 Feb-09 PM 01:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| SHUNETTA ROSHEL GARTH, ] | |
| ] | |
| Movant, ] | |
| ] | **Civil Action Number** |
| vs. ] | 5:03-cr-00619-UWC-RRA |
| ] | |
| ] | |
| UNITED STATES OF AMERICA, ] | |
| ] | |
| Respondent. ] | |

## MEMORANDUM OPINION

The magistrate judge entered a report and recommendation recommending that the that movant's Motions for *Nunc Pro Tunc* designation, (Docs. 79,80,81), and her "Motion under Title 18 U.S.C. § 3582(c)(2) for Modification of an Imposed Term of Imprisonment Supporting Memorandum" (Doc. 88), be DENIED. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.

The movant's Motions for *Nunc Pro Tunc* designation, (Docs. 79,80,81), and her "Motion under Title 18 U.S.C. § 3582(c)(2) for Modification of an Imposed Term of

Imprisonment Supporting Memorandum," (Doc. 88), are due to be DENIED. An appropriate order will be entered.

Done the 9th day of February, 2007.

                                                U.W. Clemon  
                                          United States District Judge